# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRADFORD JULIUS ANDERSON | ) | Case No. 15-37124 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: January 20, 2017 |
| | ) | Hearing Time: 10:30 a.m. |

**COVERSHEET FOR FINAL APPLICATION OF GORDON E. GOUVEIA AND THE LAW FIRM OF GORDON E. GOUVEIA, LLC, AS SPECIAL COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>**

| | |
|---|---|
| Name of Applicant: | Gordon E. Gouveia and the law firm of Gordon E. Gouveia, LLC |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Order Authorizing Employment: | April 19, 2016 (eff. April 1, 2016) |
| Period for Which Compensation is Sought: | April 1, 2016 through November 16, 2016 |
| Amount of Fees Sought: | $1,382.50 |
| Amount of Expenses Sought: | $228.43 |

This is a(n):   ☐ Interim Application     X   Final Application

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  -0-

Applicant:        Gordon E. Gouveia and the law firm of Gordon E. Gouveia, LLC

Date:   December 27, 2016        By:  <u>  /s/ Ira Bodenstein        </u>
                        Ira Bodenstein, Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRADFORD JULIUS ANDERSON | ) | Case No. 15-37124 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: January 20, 2017 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

**TO: SEE ATTACHED SERVICE LIST**

   PLEASE TAKE NOTICE that, on Friday, January 20, 2017, at 10:30 a.m., I shall appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the FINAL APPLICATION OF GORDON E. GOUVEIA AND THE LAW FIRM OF GORDON E. GOUVEIA, LLC, AS SPECIAL COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (the "Application"), at which time and place you may appear if you so desire.

The Fee Application seeks allowance and payment of $1,382.50 in legal fees and $228.43 in expenses, to be paid to special counsel for the Trustee, Gordon E. Gouveia and the law firm of Gordon E. Gouveia, LLC. Copies of the Application can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date:  December 27, 2016                    Gordon E. Gouveia and the law firm of Gordon
                                            E. Gouveia, LLC


                                            By: */s/ Ira Bodenstein*
                                                Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

## **CERTIFICATE OF SERVICE**

Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing **Final Application Of Gordon E. Gouveia And The Law Firm Of Gordon E. Gouveia, LLC, As Special Counsel For The Trustee, For Allowance And Payment Of Compensation And Reimbursement Of Expenses**, to be served via the method indicated below on this 27th day of December, 2016.

/s/     *Ira Bodenstein*

# Mailing Information for Case 15-37124

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com
- Ira Bodenstein    ibodenstein@shawfishman.com
- Jon K. Clasing    ndil@geracilaw.com
- Amanda J Doyle    bankruptcy@hsbattys.com
- Richard M. Fogel    rfogel@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

## First Class Mail Notice List

Bradford Julius Anderson
17624 Wright Street
Lansing, IL  60438

Gregg Barden
Barden Procurement Group LLC
15622 Cornell Avenue
Dolton, IL  60419

Gordon E. Gouveia, LLC
433 W. 84th Drive
Merrillville, IN  46410

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRADFORD JULIUS ANDERSON, | ) | Case No. 15-37124 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: January 20, 2017 |
| | ) | Hearing Time: 10:30 a.m. |

**FINAL APPLICATION OF GORDON E. GOUVEIA AND THE LAW FIRM OF GORDON E. GOUVEIA, LLC, AS SPECIAL COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>**

Gordon E. Gouveia and the law firm of Gordon E. Gouveia, LLC (collectively, "Gouveia"), special counsel to Ira Bodenstein in his capacity as chapter 7 trustee (the "Trustee") of the bankruptcy estate of Bradford Julius Anderson (the "Debtor"), applies to this Court (the "Application") pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 5082-1 for allowance and payment of $1,382.50 in compensation for 4.90 hours of professional services rendered on behalf of the Trustee during the period of April 1, 2016 through November 16, 2016 (the "Application Period"), and reimbursement of $228.43 in expenses incurred incidental thereto. In support of the Application, Gouveia respectfully states as follows:

<u>**Background**</u>

1.    On October 30, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The Trustee was appointed as the interim chapter 7 trustee for the Debtor's estate ("Estate").

{11575-001 APPL A0458557.DOC}

2. The Court has core jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On the Petition Date, on information provided to the Trustee by Gregg Barden ("Barden"), the Debtor was entitled to receive a surplus resulting from a tax sale of certain real property formerly owned by the Debtor at 2724 Eder Avenue, Highland, Indiana (the "Surplus").

4. On April 8, 2016, the Trustee filed his *Application Of Trustee For Authority To Employ Special Counsel and Pay Finder's Fee* [Dkt. No. 20] (the "Employment Application"), which sought approval of Gouveia as his special counsel. The Employment Application proposed that Gouveia take actions necessary to recover the Surplus.

5. On April 19, 2016, the Court granted the Employment Application and entered its *Order Granting Application to Employ Gouveia for Ira Bodenstein* [Dkt. No. 21], authorizing the Trustee to employ Gouveia, effective retroactively to April 1, 2016 (the "Retention Order").

6. The Employment Application states any and all compensation for Gouveia's services "shall be subject to further Court approval, after notice and hearing on separate application made therefor." (Employment Application ¶ 7.)

7. On or about December 6, 2016, the Trustee received a check in the amount of $14,597.69, representing the Surplus realized for the benefit of creditors of the Estate.

**Services Rendered by Gouveia and Requested Fees**

8. Throughout the Application Period, Gouveia rendered 4.90 hours of legal services to the Trustee having a value of $1,382.50 for an average hourly rate of approximately $282.14. Gouveia provided professional services to the Trustee which were consistent in scope to those approved by the Retention Order. All of the services for which compensation is requested were

services which, in the exercise of Gouveia's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

9. A detailed invoice (the "Invoice") for each time entry is attached as <u>Exhibit A</u> to this Application. Gouveia spent 4.9 hours of professional services to recover the Surplus. Services rendered by Gouveia included, among other things: (a) reviewing and revising the complaint filed to recover the Surplus on the tax sale; (b) communicating with opposing counsel; and (c) drafting a motion for default and default judgment.

10. The hourly rates charged by Gouveia compare favorably with the rates charged by other Indiana firms having attorneys and paralegals with similar experience and expertise as the Gouveia professionals providing services to the Trustee in connection with the case. Further, the amount of time spent by Gouveia with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, and the ultimate benefit to the estate.

11. The results of Gouveia's efforts have inured to the benefit of the estate and to the interests of its prepetition creditors. Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Gouveia respectfully submits that the requested final compensation represents a fair and reasonable amount that should be allowed in full.

12. The aggregate amount of expenses for which reimbursement is being sought is $228.43. All of the expenses for which reimbursement is requested are expenses which Gouveia customarily recoups from its clients. An itemization of the expenses is included in the Invoice attached as Exhibit A. The specific expenses for which reimbursement is requested during the Application Period are as follows:

| | |
|---|---|
| Pacer | $9.70 |
| Filing Fee | $176.00 |
| Postage | $27.85 |
| Photocopy | $14.88 |
| **Total** | $228.43 |

13. All expenses incurred by Gouveia incidental to its services were customary and necessary. All expenses billed to the Trustee were billed in the same manner as Gouveia bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

### Compliance with 11 U.S.C. § 504

14. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Gouveia and any other firm, person or entity for the sharing or division of any compensation paid or payable to Gouveia.

### Notice

15. As indicated in the attached Certificate of Service, Gouveia provided approximately 21 days' detailed notice of this Application to the U.S. Trustee, all creditors who filed claims and all parties requesting notice in this bankruptcy case via CM/ECF and U.S. Mail, postage prepaid. Gouveia requests that this Court find the notice provided for herein sufficient and waive and dispense with any further notice requirements, pursuant to Rules 2002(a) and 9007 of the Federal Rules of Bankruptcy Procedure.

**Conclusion**

16. For these reasons, Gouveia respectfully requests entry of an order, substantially in the form attached hereto, that:

   a. Allows Gouveia $1,382.50 in final compensation for the Application Period;

   b. Allows Gouveia $228.43 in final expense reimbursement for the Application Period;

   c. Authorizing the Trustee to pay Gouveia the entire amount of such allowed fees and expenses;

   d. Waives other and further notice of the hearing with respect to this Application; and

   e. Provides such other just and appropriate relief.

Dated: December 27, 2016               Respectfully submitted,

                                       Gordon E. Gouveia and the law firm of Gordon E. Gouveia, LLC

                                       By:    */s/ Ira Bodenstein*
Ira Bodenstein (#3126857)                     Ira Bodenstein, Trustee
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888
ibodenstein@shawfishman.com

{11575-001 APPL A0458557.DOC}        5