Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ANDERSON, BRADFORD JULIUS | § | Case No. 15-37124 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2015.  The undersigned trustee was appointed on October 30, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $       139,892.12

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 19,738.68 |
| Bank service fees | 3,069.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 117,084.08 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/11/2016 and the deadline for filing governmental claims was 04/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,643.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,643.99, for a total compensation of $5,643.99.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $37.50, for total expenses of $37.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/27/2018          By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS  

**Period Ending:** 04/27/18

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15  
**Claims Bar Date:** 05/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Vacant lot in Minnesota .5 Acres<br>   Orig. Description: Vacant lot in Minnesota .5 Acres; Imported from original petition Doc# 1 | 140,000.00 | 115,000.00 | | 125,282.11 | FA |
| 2 | 17624 Wright St Lansing, IL 60438 (Debtor's Resi<br>   Orig. Description: 17624 Wright St Lansing, IL 60438 (Debtor's Residence); Imported from original petition Doc# 1; Exemption: 17624 Wright St Lansing, IL 60438<br>(Debtors Residence)  -  Amount: 15000.00; Lien: Dates:<br>Nature of Lien: Mortgage<br>Intention: Reaffirm 524 (c)<br>*Description: 17624 Wright St Lansing, IL 60438<br>(Debtor's Residence)<br>VALUE: 160,300.00  -  Amount: 123000.00; Lien: Dates: 2004-2011<br>Nature of Lien: Mortgage - Second<br>Market Value : $160,300.00<br>Intention: Reaffirm 524 (c)<br>*Description: 17624 Wright St Lansing, IL 60438<br>(Debtor's Residence)<br>VALUE: 160,300.00  -  Amount: 46507.00 | 160,300.00 | 0.00 | | 0.00 | FA |
| 3 | checking account with - Chase Bank<br>   Orig. Description: checking account with - Chase Bank; Imported from original petition Doc# 1; Exemption: 02. Checking, savings or other<br>checking account with - Chase Bank  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Used household goods; TV, DVD player, TV stand,<br>   Orig. Description: Used household goods; TV, DVD player, TV stand,<br>stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs.; Imported from original petition Doc# 1; Exemption: 04. Household | 2,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS

**Period Ending:** 04/27/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15  
**Claims Bar Date:** 05/11/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| goods and furnishings. Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. - Amount: 2000.00 | | | | | |
| 5  Books, CD's, DVD's, Tapes/Records, Family Pictur  Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1; Exemption: 05. Books, pictures and other Books, CD's, DVD's, Tapes/Records, Family Pictures - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 6  Necessary wearing apparel.  Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1; Exemption: 06. Wearing Apparel Necessary wearing apparel. - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 7  2001 Ford Explorer Sport Trac with over 146,000  Orig. Description: 2001 Ford Explorer Sport Trac with over 146,000 miles; Imported from original petition Doc# 1; Exemption: 2001 Ford Explorer Sport Trac with over 146,000 miles - Amount: 2400.00 | 1,158.00 | 0.00 | | 0.00 | FA |
| 8  2001 Ford Explorer Sport with over 230,000 miles  Orig. Description: 2001 Ford Explorer Sport with over 230,000 miles; Imported from original petition Doc# 1 | 1,158.00 | 0.00 | | 0.00 | FA |
| 9  2724 Elder Real Estate Tax Surplus  (u) | Unknown | 12,000.00 | | 14,597.69 | FA |
| 10  Refund of closing costs  (u) | 0.00 | 0.00 | | 12.32 | FA |
| 11  Refund (partial) of 2016 Minnesota  tax payment  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11  Assets   Totals (Excluding unknown values) | **$305,316.00** | **$127,000.00** | | **$139,892.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

  3/31/2018-  TFR submitted to UST 4/12/2018

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37124  **Trustee:** (330129) Ira Bodenstein
**Case Name:** ANDERSON, BRADFORD JULIUS  **Filed (f) or Converted (c):** 10/30/15 (f)
 **§341(a) Meeting Date:** 12/16/15
**Period Ending:** 04/27/18  **Claims Bar Date:** 05/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/31/17-Accountant preparing estate return and claims review for objections
12/6/16-Suplus from Indiana tax sale collected.
9/26/16-Sale of Minnesota property approved
8/16/2016-Accountant retained
 Retaining counsel to collect tax surplus in Indiana on 4/19/16
2/18/16 Broker retained to sell vacant Minnesota property

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016  **Current Projected Date Of Final Report (TFR):**  June 30, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-37124 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** ANDERSON, BRADFORD JULIUS | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7866 - Checking Account |
| **Taxpayer ID #:** **-***6750 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/27/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/11/16 | | Becker County Title | Proceeds from sale of Minnesota property | | | 113,613.29 | | 113,613.29 |
| | {1} | | sale of vacant land gross amount | 125,000.00 | 1110-000 | | | 113,613.29 |
| | | | real estate taxes | -2,884.32 | 2820-000 | | | 113,613.29 |
| | | | closing costs | -1,254.50 | 2500-000 | | | 113,613.29 |
| | | | realtor commission | -7,500.00 | 3510-000 | | | 113,613.29 |
| | | | wire transfer fee | -30.00 | 2500-000 | | | 113,613.29 |
| | {1} | | property tax credit 2017 | 282.11 | 1110-000 | | | 113,613.29 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.78 | 113,515.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 173.69 | 113,341.82 |
| 12/13/16 | {9} | Treasurer of Lake County Indiana | Surplus from tax sale of 2724 Eder Avenue Highland, IN. | | 1229-000 | 14,597.69 | | 127,939.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 173.74 | 127,765.77 |
| 12/31/16 | 101 | Gregg Barden | Finder's fee per Order entered 4/19/16 Dkt # 21. | | 3991-000 | | 1,459.76 | 126,306.01 |
| 01/10/17 | {10} | Becker County Title Services, Inc | Refund of closing costs from sale of MN property | | 1290-000 | 12.32 | | 126,318.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 194.11 | 126,124.22 |
| 02/06/17 | 102 | Gordon E. Gouveia LLC | Attorney fees per order dted 1/31/17 Dkt # 39 | | 3210-000 | | 1,382.50 | 124,741.72 |
| 02/06/17 | 103 | Gordon E. Gouveia LLC | Attorney expenses per order dted 1/31/17 Dkt # 39 | | 3220-000 | | 228.43 | 124,513.29 |
| 02/06/17 | 104 | International Sureties,Ltd | 2017 Bond Premium | | 2300-000 | | 51.00 | 124,462.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 167.88 | 124,294.41 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 184.73 | 124,109.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 166.61 | 123,943.07 |
| 05/25/17 | 105 | Department of the Treasury | 2016 tax return  EIN 30-6536750 | | 2810-000 | | 1,723.00 | 122,220.07 |
| 05/25/17 | 106 | Minnesota Revenue | 2016 tax return EIN 30-6536750 | | 2820-000 | | 3,276.00 | 118,944.07 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 196.09 | 118,747.98 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 171.03 | 118,576.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 164.86 | 118,412.09 |
| 08/07/17 | 107 | Department of the Treasury | 2016 tax return  EIN 30-6536750 Additional tax due | | 2810-000 | | 25.52 | 118,386.57 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 187.34 | 118,199.23 |
| 09/26/17 | | Minnesota Department of Revenue | Partial refund for 2016 tax return | | 2820-000 | | -116.80 | 118,316.03 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 164.35 | 118,151.68 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 181.27 | 117,970.41 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 169.68 | 117,800.73 |

Subtotals :    $128,223.30    $10,422.57

{} Asset reference(s)

Printed: 04/27/2018 12:02 PM    V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS  
**Taxpayer ID #:** **-***6750  
**Period Ending:** 04/27/18  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.78 | 117,636.95 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.12 | 117,450.83 |
| 02/10/18 | 108 | International Sureties,Ltd | 2018 Bond Premium<br>Stopped on 02/16/18 | 2300-000 | | 40.45 | 117,410.38 |
| 02/16/18 | 108 | International Sureties,Ltd | 2018 Bond Premium<br>Stopped: check issued on 02/10/18 | 2300-000 | | -40.45 | 117,450.83 |
| 02/16/18 | 109 | International Sureties,Ltd | 2018 Bond Premium | 2300-000 | | 40.45 | 117,410.38 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.65 | 117,252.73 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.65 | 117,084.08 |
| | | | **ACCOUNT TOTALS** | | 128,223.30 | 11,139.22 | **$117,084.08** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 128,223.30 | 11,139.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$128,223.30** | **$11,139.22** | |

| | |
|---|---|
| Net Receipts : | 128,223.30 |
| Plus Gross Adjustments : | 11,668.82 |
| Net Estate : | $139,892.12 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7866** | 128,223.30 | 11,139.22 | 117,084.08 |
| | **$128,223.30** | **$11,139.22** | **$117,084.08** |

{} Asset reference(s)

Printed: 04/27/2018 12:02 PM    V.13.32

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 11, 2016

**Case Number:** 15-37124　　　　　　　　　　　　　　　Page: 1　　　　　　　　　　**Date:** April 27, 2018
**Debtor Name:** ANDERSON, BRADFORD JULIUS　　　　　　　　　　　　　　　　　　**Time:** 12:02:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Kutchins Robbins & Diamond<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $1,810.50 | $0.00 | 1,810.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $10,523.50 | $0.00 | 10,523.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $104.12 | $0.00 | 104.12 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $37.50 | $0.00 | 37.50 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 48939.89] | $5,643.99 | $0.00 | 5,643.99 |
| NOTFILED 100 | 1 Ditech Financial LLC<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | 2 Ditech Financial LLC<br>Attn: Bankruptcy Dept.<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Secured | 89208922 | $0.00 | $0.00 | 0.00 |
| 1 610 | Custom Collection Services Inc<br>POB 10428<br>Merrillville, IN 46411 | Unsecured | 395992B38312 | $1,050.00 | $0.00 | 1,050.00 |
| 2 610 | Ford Motor Credit Company, LLC<br>C/O Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 | Unsecured | 45791059 | $5,519.70 | $0.00 | 5,519.70 |
| NOTFILED 610 | 1 ARS Account Resolution<br>Attn: Bankruptcy Dept.<br>1643 Harrison Pkwy Ste 1<br>Sunrise, FL 33323 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 2 AT T U-Verse C/O Afni, INC.<br>Po Box 3097<br>Bloomington, IL 61702 | Unsecured | 1050627609 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 3 ATG Credit<br>Attn: Bankruptcy Dept.<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | Unsecured | 772727 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 11, 2016

**Case Number:** 15-37124  
**Debtor Name:** ANDERSON, BRADFORD JULIUS

Page: 2

**Date:** April 27, 2018  
**Time:** 12:02:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | 4 BK OF AMER<br>Attn: Bankruptcy Dept.<br>Po Box 982235<br>El Paso, TX 79998 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 6 Chase Bank Bankruptcy Department<br>Bankruptcy Dept.<br>131 S. Dearborn St., floor 5<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 7 Chase CARD<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 8 Chase CARD<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 9 Chase CARD<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 10 Choice Recovery<br>Attn: Bankruptcy Dept.<br>1550 Old Henderson Rd St<br>Columbus, OH 43220 | Unsecured | 16247676 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 11 Comcast C/O Stellar Recovery INC<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216 | Unsecured | 16155572 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 12 Community Healthcare System<br>Bankruptcy Dept.<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 14 Elmhurst Hospital<br>Bankruptcy Dept.<br>200 Berteau<br>Elmhurst, IL 60126 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 15 Elmhurst Hospital<br>Attn: Bankruptcy Department<br>PO Box 92348<br>Chicago, IL 60675 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 17 Ford Motor Credit Company Bankruptcy Department<br>Bankruptcy Dept.<br>16501 S. Kedzie<br>Markham, IL 60426 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 11, 2016

**Case Number:** 15-37124  
**Debtor Name:** ANDERSON, BRADFORD JULIUS  

Page: 3

**Date:** April 27, 2018  
**Time:** 12:02:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | 18 GMAC Mortgage Bankruptcy Department<br>Bankruptcy Dept.<br>50 W. Washington St., Rm. 1001<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 19 Green Tree Servicing, LLC Bankruptcy Department<br>PO Box 6176<br>Rapid City, SD 57709 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 20 HSBC BANK Nevada N.A. Kawasak<br>C/0 LVNV Funding LLC<br>Po Box 10497<br>Greenville, SC 29603 | Unsecured | 0800611103271553 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 21 Illinois Collection SE<br>Attn: Bankruptcy Dept.<br>8231 185Th St Ste 100<br>Tinley Park, IL 60487 | Unsecured | 13455500 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 22 Irwin HOME Equity<br>Attn: Bankruptcy Dept.<br>12677 Alcosta Blvd Ste 5<br>San Ramon, CA 94583 | Unsecured | 6560001672354 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 23 MBB<br>Attn: Bankruptcy Dept.<br>1460 Renaissance Dr<br>Park Ridge, IL 60068 | Unsecured | 108196212 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 24 Northwest Collectors<br>Attn: Bankruptcy Dept.<br>3601 Algonquin Rd Ste 23<br>Rolling Meadows, IL 60008 | Unsecured | 3252380649 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 25 Ocwen LOAN Servicing L<br>Attn: Bankruptcy Dept.<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | Unsecured | 600944793 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 26 Ocwen LOAN Servicing L<br>Attn: Bankruptcy Dept.<br>3451 Hammond Ave<br>Waterloo, IA 50702 | Unsecured | 600944793 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 27 Ocwen LOAN Servicing L<br>Attn: Bankruptcy Dept.<br>3451 Hammond Ave<br>Waterloo, IA 50702 | Unsecured | 601238413 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 28 PNC Bank, N.A.<br>Attn: Bankruptcy Dept.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | Unsecured | NULL | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 11, 2016

**Case Number:** 15-37124
**Debtor Name:** ANDERSON, BRADFORD JULIUS

Page: 4

**Date:** April 27, 2018
**Time:** 12:02:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 620 | Cardiovascular Consultants PC<br>10010 Donald Powers Dr<br>Munster, IN 46321 | Unsecured | | $1,377.00 | $0.00 | 1,377.00 |
| 1I 640 | Custom Collection Services Inc<br>POB 10428<br>Merrillville, IN 46411 | Unsecured | 395992B38312 | $8.66 | $0.00 | 8.66 |
| 2I 640 | Ford Motor Credit Company, LLC<br>C/O Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 | Unsecured | 45791059 | $45.52 | $0.00 | 45.52 |
| 3I 640 | Cardiovascular Consultants PC<br>10010 Donald Powers Dr<br>Munster, IN 46321 | Unsecured | | $11.36 | $0.00 | 11.36 |
| SURPLUS 650 | ANDERSON, BRADFORD JULIUS<br>17624 WRIGHT ST<br>APT#<br>LANSING, IL 60438 | Unsecured | | $90,952.23 | $0.00 | 90,952.23 |
| << Totals >> | | | | 117,084.08 | 0.00 | 117,084.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 15-37124
Case Name: ANDERSON, BRADFORD JULIUS
Trustee Name: Ira Bodenstein

**Balance on hand:**                                      $       117,084.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                        $      117,084.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 5,643.99 | 0.00 | 5,643.99 |
| Trustee, Expenses - Ira Bodenstein | 37.50 | 0.00 | 37.50 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 10,523.50 | 0.00 | 10,523.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 104.12 | 0.00 | 104.12 |
| Accountant for Trustee, Fees - Kutchins Robbins & Diamond | 1,810.50 | 0.00 | 1,810.50 |

Total to be paid for chapter 7 administration expenses:   $      18,119.61
Remaining balance:                                        $      98,964.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:                                            $      98,964.47

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 98,964.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,569.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Custom Collection Services Inc | 1,050.00 | 0.00 | 1,050.00 |
| 2 | Ford Motor Credit Company, LLC | 5,519.70 | 0.00 | 5,519.70 |

| | Total to be paid for timely general unsecured claims: | $ 6,569.70 |
|---|---|---|
| | Remaining balance: | $ 92,394.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,377.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Cardiovascular Consultants PC | 1,377.00 | 0.00 | 1,377.00 |

| | Total to be paid for tardy general unsecured claims: | $ 1,377.00 |
|---|---|---|
| | Remaining balance: | $ 91,017.77 |

**UST Form 101-7-TFR (05/1/2011)**

Document      Page 14 of 14

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 91,017.77

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $65.54. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 90,952.23.

**UST Form 101-7-TFR (05/1/2011)**