**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-37124 |
| BRADFORD JULIUS ANDERSON, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | Hearing Date: May 29, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

**NOTICE OF MOTION**

TO:     Attached Service List

**PLEASE TAKE NOTICE** that on **29th day of May, 2018 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jack B. Schmetterer**, Bankruptcy Judge, in Courtroom 682, United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **First and Final Fee Application of Shaw Fishman Glantz & Towbin LLC as Bankruptcy Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Ira Bodenstein
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> (312) 541-0151  telephone
> (312) 980-3888  facsimile

**CERTIFICATE OF SERVICE**

Ira Bodenstein, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means or via first class pre-paid U.S. postal service, as indicated, on April 30, 2018.

> */s/ Ira Bodenstein*

# Mailing Information for Case No. 15-37124

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;plove@shawfishman.com
- Ira Bodenstein    ibodenstein@shawfishman.com, plove@shawfishman.com
- Jon K. Clasing    ndil@geracilaw.com
- Richard M. Fogel    rfogel@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Amanda J Wiese    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

## Via U.S. Mail

Bradford Julius Anderson
17624 Wright Street
Lansing, IL  60438

Custom Collection Services Inc.
P.O. Box 10428
Merrillville, IN  46411

Cardiovascular Consultants PC
10010 Donald Powers Drive
Munster, IN  46321

Ally Bank
c/o Heavner, Beyers & Mihlar LLC
Post Office Box 740
Decatur, IL  62525-0740

ATG Credit
Attn: Bankruptcy Dept.
1700 W. Cortland St., Ste 2
Chicago, IL 60622

Bank of America
Attn: Bankruptcy Dept.
P.O. Box 982235
El Paso, TX 79998

Chase Bank
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Choice Recovery
Attn: Bankruptcy Dept.
1550 Old Henderson Rd.
Columbus, OH 43220

Community Healthcare System
Attn: Bankruptcy Department
P.O. Box 3604
Munster, IN 46321

Ford Motor Credit Co., LLC
c/o Blitt & Gaines LLC
661 Glenn Avenue
Wheeling, IL  60090

HSBC Bank Nevada N.A.
c/o LVNV Funding LLC
P.O. Box 10497
Greenville SC 29603

PNC Bank, N.A.
Attn: Bankruptcy Dept.
1 Financial Pkwy.
Kalamazoo, MI 49009

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-37124 |
| BRADFORD JULIUS ANDERSON, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: May 29, 2018 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin, LLC |
| Authorized to Provide Professional Services to: | Ira Bodenstein, not individually, but solely in his capacity as chapter 7 trustee for Bradford Julius Anderson |
| Date of Order Authorizing Employment: | August 16, 2018 |
| Period for Which Compensation is Sought: | February 3, 2016 through and including December 19, 2017 |
| Amount of Fees Sought: | $10,523.50 |
| Amount of Expense Reimbursement Sought: | $104.12 |
| This is a(n): | ☐ Interim Application         ☒ Final Application |
| If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications: | |

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | $0 |

| | |
|---|---|
| Applicant: Shaw Fishman Glantz & Towbin, LLC | Ira Bodenstein, not individually, but solely in his capacity as chapter 7 trustee for Bradford Julius Anderson |
| Date: May __, 2018 | By:   /s/ *Ira Bodenstein* |
| | Shaw Fishman Glantz & Towbin, LLC |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-37124 |
| BRADFORD JULIUS ANDERSON, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:   May 29, 2018 |
| Debtor. | ) | Hearing Time:   10:30 a.m. |

**FIRST AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS BANKRUPTCY COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2002(a)(6), 2016(a) and Local Bankruptcy Rule 5082-1 for: (a)(i) the total allowance and approval, on an interim and final basis, of $10,523.50 in new compensation for 23.20 hours of professional services rendered by Shaw Fishman as general bankruptcy counsel to Ira Bodenstein, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Bradford Julius Anderson (the "Debtor"), for the period beginning February 3, 2016 through and including December 19, 2017 (the "Application Period"); and (ii) allow and approve, on an interim and final basis, the reimbursement of $104.12 for actual costs incurred incident to those services.  In support of this application (the "Application"), Shaw Fishman states as follows:

**JURISDICTION, BACKGROUND AND SIGNIFICANT EVENTS**

1.     This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2.     Venue of this proceeding is proper in this District pursuant to 28 U.S.C. § 1408 and 1409.

{11575-001 APPL A0504244.DOC}    1

3. On October 30, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code initiating the above-captioned case ("Case"). The Trustee was thereafter appointed as the interim chapter 7 trustee for the Debtor's estate ("Estate"). The Trustee continues to serve in such capacity today.

4. Shaw Fishman's retention as general bankruptcy counsel for the Trustee in the Case, effective as of February 1, 2016, was approved by an order of this Court dated August 16, 2016. (Docket No. 28.)

## SERVICES RENDERED BY SHAW FISHMAN

5. During the Application Period, Shaw Fishman assisted the Trustee with, among other things: (a) retention of a real estate broker to assist in the marketing and sale of a vacant lot in Minnesota; (b) retention of special counsel to recover an Indiana real estate tax surplus due to debtor; (c) seeking approval of the sale of the vacant lot in Minnesota; and (d) retention of an accountant to assist the trustee in filing estate tax returns.

6. Shaw Fishman's statements of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as Exhibit A and incorporated herein by reference.

7. In aggregate, Shaw Fishman's attorneys and paralegals rendered 23.20 hours of services for the Trustee in connection with this Case during the Application Period. All of the services reflected on the attached Invoices pertain to this Case and were rendered at the request of the Trustee in the exercise of his duties under 11 U.S.C. § 1106. At the customary hourly rates charged by Shaw Fishman's attorneys and paralegals, the aggregate amount due Shaw Fishman for the services rendered to the Trustee during the Application Period is $10,880.00, for an average hourly rate of approximately $487.00. Shaw Fishman is taking a voluntary reduction of $356.50 and only is seeking payment in the amount of $10,523.50. The expenses for which

{11575-001 APPL A0504244.DOC}    2

reimbursement is requested are those customarily charged by Shaw Fishman to all of its clients. The aggregate expense reimbursement reflected on the attached Invoices sought by this Application is $104.12.

8. In evaluating this Application, this Court should consider the value of the services rendered by Shaw Fishman, the nature and complexity of the issues presented, the skill required to perform the legal services properly, the customary fees charged by other professionals in similar cases, the experience and ability of the attorneys involved and the compensation amounts awarded in similar cases. These factors, whether viewed individually or collectively, support an award of the requested compensation in full. All of the services for which compensation is requested were services that, in Shaw Fishman's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

9. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into nine (9) separate categories of services as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| Case Administration | 2.2 | $1,003.00 |
| Fee Application | 4.1 | $1,234.50 |
| Retention of Professionals | 10.6 | $5,445.00 |
| Sale of Assets | 4.0 | $1,990.00 |
| Tax Issues | 2.3 | $1,207.50 |
| Voluntary Reduction | | -$ 356.50 |
| **TOTAL** | **23.2** | **$10,523.50** |

{11575-001 APPL A0504244.DOC}    3

10. The following is a separate description of each of Shaw Fishman's principal categories of activities, which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the following categories and the timekeeper, date, and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, total time and value of services, and the total dollar value are also provided herein as follows:

**A. Case Administration**

11. Shaw Fishman expended 2.20 hours of professional services having a value of $1,003.00 pertaining to, among other things: (a) obtaining copies of documents required to sell estate property; and (b) court appearances as required.

12. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 1.8 | $945.00 |
| Bernard Thomas | .4 | $ 58.00 |

**B. Fee Applications**

13. Shaw Fishman expended 4.10 hours of professional services having a value of $1,234.50 pertaining to, among other things: (a) preparing fee application for special counsel and appearing at the hearing.

14. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | .5 | $262.50 |
| Christina Sanfelippo | 3.6 | $972.00 |

### C. Retention of Professionals

15. Shaw Fishman expended 10.6 hours of professional services having a value of $5,445.00 pertaining to the retention of professionals required to administer the estate.

16. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 8.2 | $4,305.00 |
| Richard Fogel | 2.4 | $1,140.00 |

### D. Sale of Assets

17. Shaw Fishman expended 4.0 hours of professional services having a value of $1,990.00 pertaining to the sale of the Debtor's vacant lot in Minnesota which generated net sale proceeds in excess of $113,000.00 for the estate.

18. The chart below is a summary of the total amount of time entered by each timekeeper in this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 1.8 | $945.00 |
| Richard Fogel | 2.2 | $1,045.00 |

### E. Tax Issues

{11575-001 APPL A0504244.DOC}                              5

19.   Shaw Fishman expended 2.3 hours of professional services having a value of $1,207.50 for: (a) preparing pleadings and appearing in Court as required to file estate tax returns and pay taxes due.

20.   The chart below is a summary of the total amount of time entered by each timekeeper in this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 2.3 | $1,207.50 |

### Summary of Services Rendered By Professional

21.   In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Ira Bodenstein | Member | $525.00 | 14.6 | $7,665.00 |
| Christina Sanfelippo | Associate | $270.00 | 3.6 | $ 972.00 |
| Richard Fogel | Of Counsel | $475.00 | 4.6 | $2,185.00 |
| Bernard Thomas | Staff | $145 | .4 | $ 58.00 |

22.   In evaluating this Application, this Court should consider the following: (a) the value of the services rendered by Shaw Fishman on behalf of the Trustee; (b) the nature and complexity of the issues presented; (c) the skill required to perform the legal services properly; (d) the customary fees charged by other professionals in this case and in similar cases; (e) the experience and ability of the professionals involved; and (f) the amount of compensation awarded in similar cases. When viewed either individually or collectively, these factors support an award of the requested compensation in full.

{11575-001 APPL A0504244.DOC}                                   6

23. The hourly rates charged by Shaw Fishman with respect to its legal services compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals. Further, the amount of time spent by Shaw Fishman with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, and the ultimate benefit to the Estate.

24. Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis.

25. Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full and on a final basis.

## **EXPENSES**

26. The aggregate amount of expenses for the Application Period for which reimbursement is being sought is $104.12. All of the expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from all of its clients. An itemization of the expenses is attached hereto as part of <u>Exhibit A</u>. The types of costs for which reimbursement is sought are listed below:

{11575-001 APPL A0504244.DOC}   7

| Internal Photocopy | 10¢ per page |
|---|---|
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger | actual cost |
| Conference Calls | actual cost |
| Local Telephone | no charge |
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Overnight Delivery (*e.g*., Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Deposition Costs | actual cost |
| Local and Long Distance Travel | actual cost |

27. The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Internal and Vendor Photocopy | $26.52 |
|---|---|
| PACER | $ 3.00 |
| Postage | $16.64 |
| Overnight Delivery (*e.g*., Federal Express and Messenger) | $57.96 |

28. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary expenses. All expenses were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## **COMPLIANCE WITH 11 U.S.C. § 504**

29. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Fishman.

WHEREFORE, Shaw Fishman Glantz and Towbin, LLC requests the entry of an order, substantially in the form attached hereto, that:

    a) Allows Shaw Fishman $10,523.50 in compensation, on a final basis, for services provided during the Application Period;

b) Allows Shaw Fishman $104.12 in expense reimbursement, on a final basis, for expenses incurred during the Application Period;

c) Authorizes the Trustee to pay Shaw Fishman the allowed compensation and expense reimbursements in the amount of $10,627.62;

d) Waives other and further notice of the hearing with respect to this Application; and

e) Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,
SHAW FISHMAN GLANTZ
& TOWBIN, LLC

Dated: April 30, 2018                By:    */s/ Ira Bodenstein*

Ira Bodenstein
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888
*Counsel for the Trustee*

{11575-001 APPL A0504244.DOC}                9