# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRADFORD JULIUS ANDERSON, | ) | Case No. 15-37124 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  May 29, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

**TO:  SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that, on May 29, 2018, at 10:30 a.m., we shall appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the **FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD. as ACCOUNTANTS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF** (the "Application"), at which time and place you may appear if you so desire.

The Fee Application seeks allowance and payment of $1,810.50 in fees and $0.00 in expenses for Kutchins, Robbins & Diamond, Ltd.  Copies of the Applications can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date:  April 30, 2018                               Shaw Fishman Glantz & Towbin LLC


                                                    By: /s/  Ira Bodenstein

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{11575-001 APPL A0503780.DOC}

## CERTIFICATE OF SERVICE

Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing notice to be served via the methods indicated below on this 30th day of April, 2018.

/s/ Ira Bodenstein

## SERVICE LIST

### *Mailing Information for Case 15-37124*

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;plove@shawfishman.com

- Ira Bodenstein    ibodenstein@shawfishman.com, plove@shawfishman.com

- Jon K. Clasing    ndil@geracilaw.com

- Richard M. Fogel    rfogel@shawfishman.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Amanda J Wiese    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

### Via U.S. Mail

Bradford Julius Anderson
17624 Wright Street
Lansing, IL  60438

Custom Collection Services Inc.
P.O. Box 10428
Merrillville, IN  46411

Cardiovascular Consultants PC
10010 Donald Powers Drive
Munster, IN  46321

Ally Bank
c/o Heavner, Beyers & Mihlar LLC
Post Office Box 740
Decatur, IL  62525-0740

ATG Credit
Attn: Bankruptcy Dept.
1700 W. Cortland St., Ste 2
Chicago, IL 60622

Bank of America
Attn: Bankruptcy Dept.
P.O. Box 982235
El Paso, TX 79998

Chase Bank
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Choice Recovery
Attn: Bankruptcy Dept.
1550 Old Henderson Rd.
Columbus, OH 43220

Community Healthcare System
Attn: Bankruptcy Department
P.O. Box 3604
Munster, IN 46321

Ford Motor Credit Co., LLC
c/o Blitt & Gaines LLC
661 Glenn Avenue
Wheeling, IL  60090

HSBC Bank Nevada N.A.
c/o LVNV Funding LLC
P.O. Box 10497
Greenville SC 29603

PNC Bank, N.A.
Attn: Bankruptcy Dept.
1 Financial Pkwy.
Kalamazoo, MI 49009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRADFORD JULIUS ANDERSON, | ) | Case No. 15-37124 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  May 29, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

**FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD.
FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION**

Kutchins, Robbins & Diamond, Ltd. ("KRD"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Bradford Julius Anderson (the "Debtor"), submits this First Application (the "Application") seeking allowance and payment of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b).  In support of this Application, KRD states as follows:

**BACKGROUND**

1. On October 30, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 7 of the United States Code (the "Bankruptcy Code") thereby commencing the above-captioned bankruptcy case.

2. On the Petition Date, the Trustee was appointed as the chapter 7 trustee to administer the Debtor's estate (the "Estate").

3. In the administration of the Estate, the Trustee was required to file federal and state income tax returns for the Estate.

4. On August 16, 2016, the Trustee was authorized to retain Lois West and Popowcer Katten, the predecessor firm to KRD to perform accounting services for the benefit of the Estate. [Dkt. #29].

5. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. During the period of March 19, 2017 through March 21, 2017 (the "Application Period"), KRD performed the following tasks in connection with the Trustee's administration of this case:

    (a) Prepared federal and state income tax returns for the Estate for the year ended December 31, 2016; and

    (b) Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

## REQUESTED FEES

7. KRD has provided valuable accounting services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, KRD requests the allowance and payment of fees in the amount of $1,810.50 for these services, no amount of which has been previously paid.

8. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
| --- | --- | --- | --- |
| L. West | 7.1 | $255 | $1,810.50 |
|  |  |  |  |
| **TOTALS** | **7.1** |  | **$1,810.50** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by KRD on behalf the Trustee during the Application Period. The statement contains a description

{11575-001 APPL A0503780.DOC}                               2

of the particular services rendered and the amounts of time spent thereon at the current billing rates of KRD's professional(s) set forth above.

9. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, KRD respectfully submits that its fees and expenses represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

10. No agreement or understanding between KRD and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

11. KRD has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

12. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest who requested notice or filed a proof of clam. The Trustee believes no further notice is required.

WHEREFORE, KRD requests the entry of an order that:

(a) allows and grants the Trustee authority to pay KRD $1,810.50 as final compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants KRD such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

KUTCHINS, ROBBINS & DIAMOND, LTD.

Dated: April 30, 2018                By: /s/ Ira Bodenstein
                                          Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151