## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ANDERSON, BRADFORD JULIUS     § Case No. 15-37124
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $165,316.00 *(without deducting any secured claims)* | Assets Exempt: $21,258.00 |
| Total Distribution to Claimants: $8,012.24 | Claims Discharged Without Payment: $73,140.00 |
| Total Expenses of Administration: $40,927.65 | |

3) Total gross receipts of $ 139,892.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 90,952.23 (see **Exhibit 2**), yielded net receipts of $48,939.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $169,507.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 40,927.65 | 40,927.65 | 40,927.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,522.00 | 8,012.24 | 8,012.24 | 8,012.24 |
| **TOTAL DISBURSEMENTS** | $250,029.00 | $48,939.89 | $48,939.89 | $48,939.89 |

4) This case was originally filed under Chapter 7 on October 30, 2015. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2018         By: /s/Ira Bodenstein
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant lot in Minnesota .5 Acres | 1110-000 | 125,282.11 |
| 2724 Elder Real Estate Tax Surplus | 1229-000 | 14,597.69 |
| Refund of closing costs | 1290-000 | 12.32 |
| **TOTAL GROSS RECEIPTS** | | **$139,892.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANDERSON, BRADFORD JULIUS | Dividend paid 100.00% on $90,952.23; Claim# SURPLUS; Filed: $90,952.23; Reference: | 8200-002 | 90,952.23 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$90,952.23** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 2 Ditech Financial LLC | 4110-000 | 46,507.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Ditech Financial LLC | 4110-000 | 123,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$169,507.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 5,643.99 | 5,643.99 | 5,643.99 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 37.50 | 37.50 | 37.50 |
| Attorney for Trustee Fees (Trustee Firm) - Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 10,523.50 | 10,523.50 | 10,523.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 104.12 | 104.12 | 104.12 |
| Other - Kutchins Robbins & Diamond | 3410-000 | N/A | 1,810.50 | 1,810.50 | 1,810.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.78 | 97.78 | 97.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.69 | 173.69 | 173.69 |
| Other - Gregg Barden | 3991-000 | N/A | 1,459.76 | 1,459.76 | 1,459.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.74 | 173.74 | 173.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.11 | 194.11 | 194.11 |
| Other - Gordon E. Gouveia LLC | 3210-000 | N/A | 1,382.50 | 1,382.50 | 1,382.50 |
| Other - Gordon E. Gouveia LLC | 3220-000 | N/A | 228.43 | 228.43 | 228.43 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 51.00 | 51.00 | 51.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.88 | 167.88 | 167.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.73 | 184.73 | 184.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.61 | 166.61 | 166.61 |
| Other - Department of the Treasury | 2810-000 | N/A | 1,723.00 | 1,723.00 | 1,723.00 |
| Other - Minnesota Revenue | 2820-000 | N/A | 3,276.00 | 3,276.00 | 3,276.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.09 | 196.09 | 196.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 171.03 | 171.03 | 171.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.86 | 164.86 | 164.86 |
| Other - Becker County Title | 2820-000 | N/A | 2,884.32 | 2,884.32 | 2,884.32 |
| Other - Becker County Title | 2500-000 | N/A | 1,254.50 | 1,254.50 | 1,254.50 |
| Other - Becker County Title | 3510-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - Becker County Title | 2500-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Department of the Treasury | 2810-000 | N/A | 25.52 | 25.52 | 25.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.34 | 187.34 | 187.34 |
| Other - Minnesota Department of Revenue | 2820-000 | N/A | -116.80 | -116.80 | -116.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.35 | 164.35 | 164.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.27 | 181.27 | 181.27 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 169.68 | 169.68 | 169.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 163.78 | 163.78 | 163.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.12 | 186.12 | 186.12 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 40.45 | 40.45 | 40.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.65 | 157.65 | 157.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.65 | 168.65 | 168.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$40,927.65** | **$40,927.65** | **$40,927.65** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Custom Collection Services Inc | 7100-000 | 1,050.00 | 1,050.00 | 1,050.00 | 1,050.00 |
| 1I | Custom Collection Services Inc | 7990-000 | N/A | 8.66 | 8.66 | 8.66 |
| 2 | Ford Motor Credit Company, LLC | 7100-000 | 5,494.00 | 5,519.70 | 5,519.70 | 5,519.70 |
| 2I | Ford Motor Credit Company, LLC | 7990-000 | N/A | 45.52 | 45.52 | 45.52 |
| 3 | Cardiovascular Consultants PC | 7200-000 | 838.00 | 1,377.00 | 1,377.00 | 1,377.00 |
| 3I | Cardiovascular Consultants PC | 7990-000 | N/A | 11.36 | 11.36 | 11.36 |
| NOTFILED | 21 Illinois Collection SE | 7100-000 | 459.00 | N/A | N/A | 0.00 |
| NOTFILED | 22 Irwin HOME Equity | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 19 Green Tree Servicing, LLC Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 20 HSBC BANK Nevada N.A. Kawasak | 7100-000 | 5,167.00 | N/A | N/A | 0.00 |
| NOTFILED | 23 MBB | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| NOTFILED | 28 PNC Bank, N.A. | 7100-000 | 13,993.00 | N/A | N/A | 0.00 |
| NOTFILED | 27 Ocwen LOAN Servicing L | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 26 Ocwen LOAN Servicing L | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 24 Northwest Collectors | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | 25 Ocwen LOAN Servicing L | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 GMAC Mortgage Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 BK OF AMER | 7100-000 | 16,854.00 | N/A | N/A | 0.00 |
| NOTFILED | 17 Ford Motor Credit Company Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 ATG Credit | 7100-000 | 2,295.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 AT T U-Verse C/O Afni, INC. | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 ARS Account Resolution | 7100-000 | 747.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Chase CARD | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 Chase Bank Bankruptcy Department | 7100-000 | 14,248.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Chase CARD | 7100-000 | 674.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Elmhurst Hospital | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Community Healthcare System | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 Elmhurst Hospital | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Comcast C/O Stellar Recovery INC | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Chase CARD | 7100-000 | 1,885.00 | N/A | N/A | 0.00 |
| NOTFILED | 10 Choice Recovery | 7100-000 | 3,130.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$80,522.00** | **$8,012.24** | **$8,012.24** | **$8,012.24** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-37124　　**Trustee:** (330129) Ira Bodenstein
**Case Name:** ANDERSON, BRADFORD JULIUS　　**Filed (f) or Converted (c):** 10/30/15 (f)
　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 12/16/15
**Period Ending:** 08/07/18　　**Claims Bar Date:** 05/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Vacant lot in Minnesota .5 Acres<br>　　Orig. Description: Vacant lot in Minnesota .5 Acres;<br>Imported from original petition Doc# 1 | 140,000.00 | 115,000.00 | | 125,282.11 | FA |
| 2   17624 Wright St Lansing, IL 60438 (Debtor's Resi<br>　　Orig. Description: 17624 Wright St Lansing, IL 60438<br>(Debtor's Residence); Imported from original petition<br>Doc# 1; Exemption: 17624 Wright St Lansing, IL<br>60438<br>(Debtors Residence)  -  Amount: 15000.00; Lien:<br>Dates:<br>Nature of Lien: Mortgage<br>Intention: Reaffirm 524 (c)<br>*Description: 17624 Wright St Lansing, IL<br>60438<br>(Debtor's Residence)<br>VALUE: 160,300.00  -  Amount: 123000.00; Lien:<br>Dates: 2004-2011<br>Nature of Lien: Mortgage - Second<br>Market Value : $160,300.00<br>Intention: Reaffirm 524 (c)<br>*Description: 17624 Wright St Lansing, IL<br>60438<br>(Debtor's Residence)<br>VALUE: 160,300.00  -  Amount: 46507.00 | 160,300.00 | 0.00 | | 0.00 | FA |
| 3   checking account with - Chase Bank<br>　　Orig. Description: checking account with - Chase<br>Bank; Imported from original petition Doc# 1;<br>Exemption: 02. Checking, savings or other<br>checking account with - Chase Bank  -  Amount:<br>500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4   Used household goods; TV, DVD player, TV stand,<br>　　Orig. Description: Used household goods; TV, DVD<br>player, TV stand,<br>stereo, sofa, vacuum, table, chairs, lamps, bedroom<br>sets, washer/dryer, stove, refrigerator, microwave,<br>dishes/flatware, pots/pans, rugs.; Imported from<br>original petition Doc# 1; Exemption: 04. Household | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS  

**Period Ending:** 08/07/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15  
**Claims Bar Date:** 05/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| goods and furnishings.<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs.  -  Amount: 2000.00 | | | | | |
| 5   Books, CD's, DVD's, Tapes/Records, Family Pictur<br>   Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1; Exemption: 05. Books, pictures and other<br>Books, CD's, DVD's, Tapes/Records, Family Pictures  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 6   Necessary wearing apparel.<br>   Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1; Exemption: 06. Wearing Apparel<br>Necessary wearing apparel.  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 7   2001 Ford Explorer Sport Trac with over 146,000<br>   Orig. Description: 2001 Ford Explorer Sport Trac with over 146,000<br>miles; Imported from original petition Doc# 1; Exemption: 2001 Ford Explorer Sport Trac with over 146,000 miles  -  Amount: 2400.00 | 1,158.00 | 0.00 | | 0.00 | FA |
| 8   2001 Ford Explorer Sport with over 230,000 miles<br>   Orig. Description: 2001 Ford Explorer Sport with over 230,000 miles; Imported from original petition Doc# 1 | 1,158.00 | 0.00 | | 0.00 | FA |
| 9   2724 Elder Real Estate Tax Surplus  (u) | Unknown | 12,000.00 | | 14,597.69 | FA |
| 10   Refund of closing costs  (u) | 0.00 | 0.00 | | 12.32 | FA |
| 11   Refund (partial) of 2016 Minnesota tax payment  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11   Assets   Totals (Excluding unknown values) | **$305,316.00** | **$127,000.00** | | **$139,892.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

   3/31/2018-  TFR submitted to UST 4/12/2018

Printed: 08/07/2018 11:55 AM     V.14.14

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS  

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/16/15  

**Period Ending:** 08/07/18  

**Claims Bar Date:** 05/11/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/31/17-Accountant preparing estate return and claims review for objections

12/6/16-Suplus from Indiana tax sale collected.

9/26/16-Sale of Minnesota property approved

8/16/2016-Accountant retained

Retaining counsel to collect tax surplus in Indiana on 4/19/16

2/18/16 Broker retained to sell vacant Minnesota property

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   April 30, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-37124  
**Case Name:** ANDERSON, BRADFORD JULIUS  
**Taxpayer ID #:** **-***6750  
**Period Ending:** 08/07/18  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $45,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/11/16 | | Becker County Title | Proceeds from sale of Minnesota property | | | 113,613.29 | | 113,613.29 |
| | {1} | | sale of vacant land gross amount | 125,000.00 | 1110-000 | | | 113,613.29 |
| | | | real estate taxes | -2,884.32 | 2820-000 | | | 113,613.29 |
| | | | closing costs | -1,254.50 | 2500-000 | | | 113,613.29 |
| | | | realtor commission | -7,500.00 | 3510-000 | | | 113,613.29 |
| | | | wire transfer fee | -30.00 | 2500-000 | | | 113,613.29 |
| | {1} | | property tax credit 2017 | 282.11 | 1110-000 | | | 113,613.29 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.78 | 113,515.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 173.69 | 113,341.82 |
| 12/13/16 | {9} | Treasurer of Lake County Indiana | Surplus from tax sale of 2724 Eder Avenue Highland, IN. | | 1229-000 | 14,597.69 | | 127,939.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 173.74 | 127,765.77 |
| 12/31/16 | 101 | Gregg Barden | Finder's fee per Order entered 4/19/16 Dkt # 21. | | 3991-000 | | 1,459.76 | 126,306.01 |
| 01/10/17 | {10} | Becker County Title Services, Inc | Refund of closing costs from sale of MN property | | 1290-000 | 12.32 | | 126,318.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 194.11 | 126,124.22 |
| 02/06/17 | 102 | Gordon E. Gouveia LLC | Attorney fees per order dted 1/31/17 Dkt # 39 | | 3210-000 | | 1,382.50 | 124,741.72 |
| 02/06/17 | 103 | Gordon E. Gouveia LLC | Attorney expenses per order dted 1/31/17 Dkt # 39 | | 3220-000 | | 228.43 | 124,513.29 |
| 02/06/17 | 104 | International Sureties, Ltd | 2017 Bond Premium | | 2300-000 | | 51.00 | 124,462.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 167.88 | 124,294.41 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 184.73 | 124,109.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 166.61 | 123,943.07 |
| 05/25/17 | 105 | Department of the Treasury | 2016 tax return EIN 30-6536750 | | 2810-000 | | 1,723.00 | 122,220.07 |
| 05/25/17 | 106 | Minnesota Revenue | 2016 tax return EIN 30-6536750 | | 2820-000 | | 3,276.00 | 118,944.07 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 196.09 | 118,747.98 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 171.03 | 118,576.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 164.86 | 118,412.09 |
| 08/07/17 | 107 | Department of the Treasury | 2016 tax return EIN 30-6536750 Additional tax due | | 2810-000 | | 25.52 | 118,386.57 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 187.34 | 118,199.23 |
| 09/26/17 | | Minnesota Department of Revenue | Partial refund for 2016 tax return | | 2820-000 | | -116.80 | 118,316.03 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 164.35 | 118,151.68 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 181.27 | 117,970.41 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 169.68 | 117,800.73 |

Subtotals: $128,223.30  $10,422.57

{} Asset reference(s)

Printed: 08/07/2018 11:55 AM  V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-37124 | Trustee: | Ira Bodenstein (330129) |
| --- | --- | --- | --- |
| Case Name: | ANDERSON, BRADFORD JULIUS | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7866 - Checking Account |
| Taxpayer ID #: | **-***6750 | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 08/07/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.78 | 117,636.95 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.12 | 117,450.83 |
| 02/10/18 | 108 | International Sureties,Ltd | 2018 Bond Premium Stopped on 02/16/18 | 2300-000 | | 40.45 | 117,410.38 |
| 02/16/18 | 108 | International Sureties,Ltd | 2018 Bond Premium Stopped: check issued on 02/10/18 | 2300-000 | | -40.45 | 117,450.83 |
| 02/16/18 | 109 | International Sureties,Ltd | 2018 Bond Premium | 2300-000 | | 40.45 | 117,410.38 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.65 | 117,252.73 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.65 | 117,084.08 |
| 05/31/18 | 110 | Kutchins Robbins & Diamond | Dividend paid 100.00% on $1,810.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,810.50 | 115,273.58 |
| 05/31/18 | 111 | Ira Bodenstein | Dividend paid 100.00% on $37.50, Trustee Expenses; Reference: | 2200-000 | | 37.50 | 115,236.08 |
| 05/31/18 | 112 | Ira Bodenstein | Dividend paid 100.00% on $5,643.99, Trustee Compensation; Reference: | 2100-000 | | 5,643.99 | 109,592.09 |
| 05/31/18 | 113 | ANDERSON, BRADFORD JULIUS | Dividend paid 100.00% on $90,952.23; Claim# SURPLUS; Filed: $90,952.23; Reference: | 8200-002 | | 90,952.23 | 18,639.86 |
| 05/31/18 | 114 | Cardiovascular Consultants PC | Combined Check for Claims#3,3I | | | 1,388.36 | 17,251.50 |
| | | | Dividend paid 100.00% on $1,377.00; Claim# 3; Filed: $1,377.00    1,377.00 | 7200-000 | | | 17,251.50 |
| | | | Dividend paid 100.00% on $11.36; Claim# 3I; Filed: $11.36    11.36 | 7990-000 | | | 17,251.50 |
| 05/31/18 | 115 | Custom Collection Services Inc | Combined Check for Claims#1,1I | | | 1,058.66 | 16,192.84 |
| | | | Dividend paid 100.00% on $1,050.00; Claim# 1; Filed: $1,050.00; Reference: 395992B38312    1,050.00 | 7100-000 | | | 16,192.84 |
| | | | Dividend paid 100.00% on $8.66; Claim# 1I; Filed: $8.66; Reference: 395992B38312    8.66 | 7990-000 | | | 16,192.84 |
| 05/31/18 | 116 | Ford Motor Credit Company, LLC | Combined Check for Claims#2,2I | | | 5,565.22 | 10,627.62 |
| | | | Dividend paid 100.00% on $5,519.70; Claim# 2; Filed: $5,519.70;    5,519.70 | 7100-000 | | | 10,627.62 |

Subtotals :    $0.00    $107,173.11

{} Asset reference(s)    Printed: 08/07/2018 11:55 AM    V.14.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-37124 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | ANDERSON, BRADFORD JULIUS | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7866 - Checking Account |
| **Taxpayer ID #:** | **-***6750 | | **Blanket Bond:** | $45,000,000.00 (per case limit) |
| **Period Ending:** | 08/07/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 45791059 | | | | |
| | | | Dividend paid 100.00%   45.52<br>on $45.52;  Claim# 2I;<br>Filed: $45.52;<br>Reference: 45791059 | 7990-000 | | | 10,627.62 |
| 05/31/18 | 117 | Shaw Fishman Glantz & Towbin LLC | Combined Check for Claims#et_al. | | | 10,627.62 | 0.00 |
| | | | Dividend paid 100.00%   10,523.50<br>on $10,523.50;  Claim# ;<br>Filed: $10,523.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   104.12<br>on $104.12;  Claim# ;<br>Filed: $104.12 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **128,223.30** | **128,223.30** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **128,223.30** | **128,223.30** | |
| | | | Less: Payments to Debtors | | | 90,952.23 | |
| | | | **NET Receipts / Disbursements** | | **$128,223.30** | **$37,271.07** | |

| | | |
|---|---|---|
| Net Receipts : | 128,223.30 |
| Plus Gross Adjustments : | 11,668.82 |
| Less Payments to Debtor : | 90,952.23 |
| Net Estate : | $48,939.89 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7866 | 128,223.30 | 37,271.07 | 0.00 |
| | $128,223.30 | $37,271.07 | $0.00 |

{} Asset reference(s)

Printed: 08/07/2018 11:55 AM    V.14.14